# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRISCILLA AGUILAR,** | : | **Civil No. 3:21-CV-595** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **WILLIAM MOYER, SR.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 7th day of December 2021, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 9) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
