# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRISCILLA AGUILAR,** | : | Civil No. 3:21-CV-595 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **WILLIAM MOYER, SR.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 26th day of January 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion for summary judgment (Doc. 36) is DENIED. The parties shall prepare a joint case management plan proposing a trial schedule and notifying the court if the parties wish to pursue mediation **on or before February 23, 2023**.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge